# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Michel Dixon
South La. Correctional Center DOC No. 45
3843 Stagg Avenue
Basile LA 70515

## REHEARING ACTION: September 14, 2011

**Docket Number: 11   00569-CW**

**MICHEL DIXON**
**VERSUS**
**LOUISIANA CORRECTIONAL SERVICES,**
**ET AL.**

**Writ Application from EVANGELINE Parish Case No. 72205-A**

**BEFORE JUDGES**:

   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michel Dixon** has this day been

   **DENIED.**

cc: Louisiana Correctional Services, In Proper Person
    Pine Prairie Correctional Center, In Proper Person
    Major Noel, In Proper Person